UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SOUTH ATLANTIC PACKAGING CORPORATION, LLC, | |
| Plaintiff, | |
| v. | NOTICE OF REMOVAL |
| HICKORY FARMS, LLC, | |
| Defendant. | |

**Please take notice** that Defendant Hickory Farms, LLC, by and through its undersigned counsel, hereby removes to this Court the state-court action described below, pursuant to 28 U.S.C. §§ 1332(a) and 1441(a).

1. On June 18, 2025, Plaintiff South Atlantic Packaging Corporation, LLC filed in the Superior Court of Forsyth County, North Carolina, a two-count complaint, captioned *South Atlantic Packaging Corp., LLC v. Hickory Farms, LLC*, No. 25 CVS 3920. A true and accurate copy of the state-court complaint and all other process, pleadings, and orders with which Defendant has been served are attached hereto as **Exhibits A** ("Compl.") and **B**, respectively.

2. The Complaint asserts claims for (1) promissory estoppel/breach of contract and (2) quantum meruit and unjust enrichment. (Compl. ¶¶ 21–39.)

3. The first date on which Defendant Hickory Farms, LLC received a copy of the Complaint was July 1, 2025, when it was served with process via its registered agent, CT Corporation System. (Ex. B.)

4. The removal is timely under 28 U.S.C. § 1446(b)(1) because it is within 30 days of the date Defendant received the complaint. (*Id.*)

5. This court has original jurisdiction over this action under 28 U.S.C. § 1332(a) pursuant to the Court's diversity jurisdiction. This action may be removed to this Court by Defendant pursuant to the provisions of Section 1332(a) because it is a civil action between citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs.

6. Defendant Hickory Farms, LLC is a limited liability company organized under the laws of Delaware. The indirect owner of Hickory Farms, LLC (whose citizenship is attributable to Hickory Farms, LLC) is a citizen of Puerto Rico.[1] Hickory Farms, LLC is therefore a citizen of Puerto Rico. *See Mystic Retreat Med Spa & Weight Loss Ctr. v. Ascentium Cap. LLC*, No. 1:21-CV-00515, 2022 WL 2358505, at *1 (M.D.N.C. June 30, 2022) ("[A] limited liability company's citizenship is that of its members." (cleaned up)); *see also* 28 U.S.C. § 1332(e) ("The word 'States', as used in this section, includes . . . the Commonwealth of Puerto Rico.").

7. As alleged in the Complaint, Plaintiff South Atlantic Packaging Corporation, LLC is a limited liability company organized under the laws of North Carolina, and headquartered in Forsyth County. (Comp. ¶ 1.)

8. None of Plaintiff's members reside in Puerto Rico. Plaintiff is therefore not a

---

[1] Defendant files contemporaneously with this Notice of Removal a disclosure statement providing this and related information.

citizen of Puerto Rico.

9. Accordingly, Plaintiff and Defendant are citizens of different states.

10. The complaint specifically requests "judgment against Hickory Farms in the principal amount of $106,021, or some other amount as determined at trial." (Compl. at 6.) Thus, the amount "in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a).

11. Written notice of the filing of this notice of removal will be given to Plaintiff as required by law.

12. A true copy of this Notice of Removal will be filed in the Clerk's Office of the Superior Court of Forsyth County.

**Wherefore**, Defendant hereby removes this action from the Superior Court of Forsyth County to this Court.

Date: July 30, 2025

        Respectfully submitted,

        */s/ Benjamin S. Morrell*
        Benjamin S. Morrell (NC Bar No. 56676)
        Taft Stettinius & Hollister LLP
        111 East Wacker Drive, Suite 2600
        Chicago, IL 60601
        Telephone: (312) 527-4000
        Facsimile: (312) 527-4011
        bmorrell@taftlaw.com

        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record. I further certify that on the date listed below, I sent the foregoing document via U.S. Mail, First-Class, postage prepaid, and via email to:

Clint S. Morse
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
PO Box 26000
Greensboro, NC 27420
Telephone: 336-271-3167
Facsimile: 336-232-9167
cmorse@brookspierce.com
*Counsel for Plaintiff*

Date: July 30, 2025

/s/ *Benjamin S. Morrell*