UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:25-cv-00689

| | |
|---|---|
| SOUTH ATLANTIC PACKAGING CORPORATION, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>HICKORY FARMS, LLC,<br><br>　　Defendant. | **NOTICE OF APPEARANCE** |

**Please take notice** that the undersigned attorney hereby appears as counsel for Defendant Hickory Farms, LLC and requests that copies of all notices and other papers in this proceeding be served upon the undersigned at the address set forth below.

Date: July 30, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin S. Morrell*
　　　　　　　　　　　　　　　　　　　　Benjamin S. Morrell (NC Bar No. 56676)
　　　　　　　　　　　　　　　　　　　　TAFT STETTINIUS & HOLLISTER LLP
　　　　　　　　　　　　　　　　　　　　111 East Wacker Drive, Suite 2600
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 527-4000
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 527-4011
　　　　　　　　　　　　　　　　　　　　bmorrell@taftlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record. I further certify that on the date listed below, I sent the foregoing document via U.S. Mail, First-Class, postage prepaid, and via email to:

Clint S. Morse
Brooks, Pierce, McLendon,
Humphrey & Leonard, LLP
PO Box 26000
Greensboro, NC 27420
Telephone: 336-271-3167
Facsimile: 336-232-9167
cmorse@brookspierce.com

Date: July 30, 2025

/s/ *Benjamin S. Morrell*