## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Case No. 1:25-cv-00689

| | |
|---|---|
| SOUTH ATLANTIC PACKAGING CORPORATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HICKORY FARMS, LLC, <br><br> Defendant. | **DISCLOSURE STATEMENT** |

Defendant Hickory Farms, LLC, by and through its undersigned counsel, makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.7.

Hickory Farms, LLC is a limited liability company organized under the laws of Delaware. William Bruce Harrison is the indirect owner of Hickory Farms, LLC, and his citizenship is attributable to Hickory Farms, LLC. Mr. Harrison is a citizen of Puerto Rico.

Date: July 30, 2025

Respectfully submitted,

*/s/ Benjamin S. Morrell*
Benjamin S. Morrell (NC Bar No. 56676)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record. I further certify that on the date listed below, I sent the foregoing document via U.S. Mail, First-Class, postage prepaid, and via email to:

Clint S. Morse
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
PO Box 26000
Greensboro, NC 27420
Telephone: 336-271-3167
Facsimile: 336-232-9167
cmorse@brookspierce.com

Date: July 30, 2025

/s/ Benjamin S. Morrell

2