| | |
|---|---|
| SOUTH ATLANTIC PACKAGING CORPORATION, LLC, | |
| Plaintiff, | |
| v. | **NOTICE OF SPECIAL APPEARANCE** |
| HICKORY FARMS, LLC, | |
| Defendant. | |

Pursuant to Local Rule 83.1(d), **please take notice** of the special appearance of Elizabeth E. Babbitt of Taft Stettinius & Hollister LLP as counsel of record for Defendant in the above-captioned civil action.

Ms. Babbitt certifies that she is an active member in good standing of the State of Illinois Bar. Ms. Babbitt further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings.

Ms. Babbitt is appearing in the above-captioned civil action in association with Benjamin S. Morrell of Taft Stettinius & Hollister LLP. Mr. Morrell is an active member in good standing of the bar of this Court. Mr. Morrell certifies that he will remain responsible to this Court for the conduct of the litigation and acknowledges that he must

1

sign all pleadings and papers, except for certificates of service. Mr. Morrell further certifies

he will be present during pretrial conferences, potentially dispositive proceedings, and at

trial.


Date: July 31, 2025

Respectfully submitted,

/s/ Benjamin S. Morrell
Benjamin S. Morrell (NC Bar No. 56676)
TAFT STETTINIUS & HOLLISTER
LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
bmorrell@taftlaw.com

/s/ Elizabeth E. Babbitt
Elizabeth E. Babbitt
TAFT STETTINIUS & HOLLISTER
LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
ebabbitt@taftlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record. I further certify that on the date listed below, I sent the foregoing document via U.S. Mail, First-Class, postage prepaid, and via email to:

Clint S. Morse
Brooks, Pierce, McLendon,
Humphrey & Leonard, LLP
PO Box 26000
Greensboro, NC 27420
Telephone: 336-271-3167
Facsimile: 336-232-9167
cmorse@brookspierce.com

Date: July 31, 2025

/s/ *Elizabeth E. Babbitt*

3