UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:25-cv-00689

| | |
|---|---|
| SOUTH ATLANTIC PACKAGING CORPORATION, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HICKORY FARMS, LLC,<br><br>    Defendant. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Defendant Hickory Farms, LLC moves for a 21-day extension of time to respond to Plaintiff's complaint. Plaintiff does not oppose this motion. The Court finds that good cause exists for the requested extension and the motion is therefore GRANTED. Defendant shall file its response to Plaintiff's complaint on or before August 27, 2025.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE