# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SOUTH ATLANTIC PACKAGING ) | |
| CORPORATION, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:25CV689 |
| ) | |
| HICKORY FARMS, LLC, ) | |
| ) | |
| Defendant. ) | |

# CORRECTED NOTICE
=============

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below:

PLACE: **Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC, Courtroom No. 2**
DATE & TIME: **February 25, 2026 – 2:00 p.m.**
PROCEEDING: **Hearing on Motion to Dismiss (Doc. 10)**

---

Lawrence H. Cunningham, Clerk

By: /s/ Debbie Blay, Case Manager

Date: January 16, 2026

TO: ALL COUNSEL AND/OR PARTIES OF RECORD